
**SECRET**

**IN THE UNITED STATES DISTRICT COURT FOR THE**
**WESTERN DISTRICT OF MISSOURI**
**SOUTHERN DIVISION**

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | No.  21-3017-01/02-CR-S-BCW |
| Plaintiff, | **COUNT 1** (18 U.S.C. § 641) **and** **COUNT 2** (18 U.S.C. § 1361)**:** |
| v. | NMT 10 Years Imprisonment NMT $250,000 Fine |
| **JOSEPH A. KAPLAN (01)** [DOB: 07/24/1995], and | NMT 3 Years Supervised Release Class C Felony |
| **TRISTAN L. KENNEDY (02)** [DOB: 04/25/2001], | **COUNT 3** (18 U.S.C. § 1852) **and** **COUNT 4** (18 U.S.C. § 1853)**:** NMT 1 Year Imprisonment |
| Defendants. | NMT $100,000 Fine NMT 1 Year Supervised Release Class A Misdemeanor |
| Defendants/Counts: Kaplan (01): All Counts Kennedy (02): All Counts | $100 Special Assessment for Counts 1 & 2 $25 Special Assessment for Counts 3 & 4 Mandatory Restitution |

## **I N D I C T M E N T**

**THE GRAND JURY CHARGES THAT**:

### **COUNT 1**

On or between February 12, 2020, and March 30, 2020, said dates being approximate, in Texas County, in the Western District of Missouri, the defendants, **JOSEPH A. KAPLAN** and **TRISTAN L. KENNEDY**, willfully and knowingly did steal, purloin, and convert to their own use timber, of a value exceeding $1,000, of the goods and property of the United States, in violation of Title 18, United States Code, Section 641.

### **COUNT 2**

On or between February 12, 2020, and March 30, 2020, said dates being approximate, in Texas County, in the Western District of Missouri, the defendants, **JOSEPH A. KAPLAN** and

**TRISTAN L. KENNEDY**, willfully injured and caused to be injured property of the United States and of any department or agency thereof, specifically, the United States Forest Service, in that they cut timber and trees, thereby damaging the land in an amount exceeding $1,000, in violation of Title 18, United States Code, Section 1361.

## COUNT 3

On or between February 12, 2020, and March 30, 2020, said dates being approximate, in Texas County, in the Western District of Missouri, the defendants, **JOSEPH A. KAPLAN** and **TRISTAN L. KENNEDY**, knowingly and wantonly cut, destroyed, and removed timber from the public lands of the United States, with intent to export and dispose of it, in violation of Title 18, United States Code, Section 1852.

## COUNT 4

On or between February 12, 2020, and March 30, 2020, said dates being approximate, in Texas County, in the Western District of Missouri, the defendants, **JOSEPH A. KAPLAN** and **TRISTAN L. KENNEDY**, knowingly and wantonly cut, injured, and destroyed trees growing, standing, and being on the land of the United States, which was reserved and purchased for public use, in violation of Title 18, United States Code, Section 1853.

**A TRUE BILL**

*/s/ Charles Call*
FOREPERSON OF THE GRAND JURY

*/s/ Casey Clark*
Casey Clark
Assistant United States Attorney

DATED: 1/21/2021